**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1132**

THERRESSEIA BOLAND,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, Chief District Judge. (2:18-cv-00113-MSD-LRL)

Submitted: October 22, 2020                                    Decided: October 26, 2020

Before WYNN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert J. Haddad, Andrew M. Hendrick, RULOFF, SWAIN, HADDAD, MORECOCK, TALBERT & WOODWARD, P.C., Virginia Beach, Virginia, for Appellant. G. Zachary Terwilliger, United States Attorney, Lauren A. Wetzler, Chief, Civil Division, Alexandria, Virginia, Virginia Van Valkenburg, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Therresseia Boland appeals the district court's order granting summary judgment in favor of the United States in Boland's action under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346, 2671-80. We agree with the district court that the statute of limitations barred Boland's claims under the FTCA, *see* 28 U.S.C. § 2401(b), and that she failed to establish grounds for equitable tolling, *see Raplee v. United States*, 842 F.3d 328, 333 (4th Cir. 2016). Accordingly, we affirm. *Boland v. United States*, No. 2:18-cv-00113-MSD-LRL (E.D. Va. Dec. 11, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*